# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BMO HARRIS BANK N.A. | **NOTICE** |
| v. | Case Number: 18-CV-216-JPS |
| AMC TRUCKING INC., AGRON SPAHIJA, LAKESIDE INTERNATIONAL LLC, and NAVISTAR INC. | |

Type of case: ☒ CIVIL ☐ CRIMINAL

Take notice that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: Federal Courthouse 517 E. Wisconsin Ave. Milwaukee, Wisconsin | ROOM NO.: 425 |
|---|---|
| | DATE AND TIME: TUESDAY, MAY 22, 2018 at 10:30 AM |

TYPE OF PROCEEDING:

## RULE 16 SCHEDULING CONFERENCE

In order that this case move forward in a timely manner, counsel for the parties are directed to file a joint Rule 26 plan on or before **May 17, 2018**; such report to include cutoff dates within which to complete various pretrial tasks in order that this case be concluded on or before **February 1, 2019**, including trial, if necessary.

To accommodate counsel's schedule, appearances may be made by telephone; however, neither cell phones nor calls made over a speaker phone may be used, as both technologies are incompatible with the court's sound/teleconferencing equipment.

The court will initiate the call. Therefore, if appearing by telephone, counsel must notify the court at 414-297-1122, in advance, of the direct number at which they may be reached.

|  |  |
|---|---|
| | STEPHEN C. DRIES |
| | Clerk of Court |
| May 2, 2018 | s/ Jodi L. Malek |
| Date | (By) Deputy Clerk |